IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PASTORI M BALELE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.  13-cv-201-bbc

WISCONSIN DEPARTMENT OF REVENUE,
RICHARD CHANDLER, SCOTT STEELE,
DENNIS WOGSLAND, THOMAS HENTER,
PAUL HUGHES, MARK ZIMMER, MARY E.
NELSON and WENDY MILLER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for judgment on the pleadings and dismissing this case.

| /s/ | 8/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |