IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PASTORI M BALELE,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF REVENUE,
RICHARD CHANDLER, SCOTT STEELE,
DENNIS WOGSLAND, THOMAS HENTER,
PAUL HUGHES, MARK ZIMMER, MARY E.
NELSON and WENDY MILLER,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-201-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for judgment on the pleadings and dismissing this case.

/s/                                                        8/2/2013

Peter Oppeneer, Clerk of Court                    Date